IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
          Plaintiff,
and

THE STATE OF NEW YORK and
THOMAS C. JORLING, Commissioner of
Environmental Conservation of
the State of New York,
          Plaintiffs-Intervenors,

v.

ONONDAGA COUNTY, NEW YORK
COMMISSIONER OF ONONDAGA COUNTY
DEPARTMENT OF DRAINAGE & SANITATION,
          Defendants.

Civil No. 91-CV-477 (HGM)

ORDER

---

    Upon reading the Affidavit of Sandra Tuori-Bell and the Memorandum of Law of Luis A. Mendez in support of Defendants' Motion to Terminate a Consent Decree entered in this Court on or about August 11, 2000, in the above captioned action; and the papers submitted by Plaintiffs United States of America and Thomas C. Jorling, Commissioner of Environmental Conservation of the State of New York, it is hereby

    ORDERED, ADJUDGED and DECREED that Defendants have fully discharged, completed and satisfied the terms, conditions and obligations agreed to and imposed by the aforesaid Consent Decree settling and resolving the above captioned action; and, it is further

    ORDERED, ADJUDGED and DECREED that Defendants are hereby discharged from the further supervision of this Court with respect to the aforesaid Consent Decree; and, it is further

    ORDERED, ADJUDGED and DECREED that Defendants are hereby released from all further obligations imposed or agreed to pursuant to the aforesaid Consent Decree; and, it is further

    ORDERED, ADJUDGED and DECREED that the aforesaid Consent Decree settling and resolving the above captioned action is hereby deemed terminated and vacated.

Dated: _5/5_____, 2006.

ENTER:

_Howard G. Munson_
Hon. Howard G. Munson
Senior U.S. District Court Judge

\Cmb\LAM\91-CV-477\ Order.doc